IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CASEY HOREJS | : | Civil Action No. 1:21-CV-0148 |
| Plaintiff, | : | |
| | : | (Judge Rambo) |
| v. | : | |
| THE PENNSYLVANIA STATE POLICE, | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

The Plaintiff, Casey Horejs, hereby stipulates under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs.

_____
Eric M. Prock, Esquire
One Mahantongo Street
Pottsville, PA 17901
eprock@feplawyers.com
*Counsel for Plaintiff*

_____
Nicole R. DiTomo, Esquire
Commonwealth of Pennsylvania
Office of Attorney General- Civil Litigation
1000 Madison Avenue, Suite 310
Norristown, PA 19403
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASEY HOREJS a/k/a CASEY GREEN,** : | No. 1:21-CV-148 |
| : | |
| : | (Judge Rambo) |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **THE PENNSYLVANIA STATE POLICE,** : | |
| : | |
| **Defendant.** : | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing documents titled Stipulation to Dismiss was served this date via email to the following:

nditomo@attorneygeneral.gov
Nicole R. DiTomo, Esquire
Office of Attorney General
1000 Madison Ave., Suite 310
Norristown, PA 19403

DATE: May 16, 2022

*Megan Homovich /s/*
_____
Megan Homovich, Paralegal to:
ERIC M. PROCK, ESQUIRE
*Counsel for Plaintiff*