IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CASEY HOREJS,** | : Civil No. 1:21-cv-0148 |
| **Plaintiff,** | : |
| | : (Judge Sylvia H. Rambo) |
| v. | : |
| **THE PENNSYLVANIA STATE POLICE,** | : |
| **Defendant.** | : |

## **O R D E R**

**AND NOW**, this 16th day of May, upon consideration of the parties' Stipulation of Dismissal (Doc. 14) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that this case is **DISMISSED WITH PREJUDICE** and without fees or costs to any party.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge